**Exhibit 12**

## CEDARS-SINAI HEALTH SYSTEM

**Main OR**
**Nursing Intraop Record**

| | | |
|---|---|---|
| Patient Name: | | Acct #: |
| MRN: | | Sex: |
| Age: | | DOB: |
| OR #: 86 | | Case #: 42207 |
| Proc. Date: 02/26/2017 | | Cancel Reasons: |
| Case Canceled: | | OR Num #: |

### Intraop Times

| Pt. In Room: | Procedure Start: | Procedure End: | Dr | Scheduled Case |
|---|---|---|---|---|
| 07:00 | 07:33 | 09:40 | | 7:00 am |

### Additional Time Notations

| Start Time | Stop Time | Description |
|---|---|---|
| 08:25 | | Incision Time |

### Procedure Information

**Procedure(s):**
- Procedure: Lumbar Fusion Anterior; L5-S1 — Rick B
- Procedure: Lumbar Discectomy; L5-S1
- Procedure: Vascular Exposure and Closure — Salvador A

**Preop Diagnosis:**
LUMBAR DISC HERNIATION

**Postop Diagnosis:**
SAME AS PREOP

| Anesthesiologist: | Ibar | Bhimemen | D | Case Type: | Elec |
| Attending MD: | | | | Anesthesia Type: | G  ..rocheal |
| Admission Type: | AM | ..t Admit | | ASA: | |

### I & O

| Time | Module | Desc | | Intake | Output | Balance |
|---|---|---|---|---|---|---|
| 09:43 | Nursing Intraop | IV | | 1400 ml | | 1400.00 |
| 09:43 | Nursing Intraop | | | | 20 ml | 1380.00 |
| 09:43 | Nursing Intraop | | | | 900 ml | 480.00 |
| | | | | | Grand Total | 480.00 |

### Catheters

| 08:12 | Action: | | Foley | | |
|---|---|---|---|---|---|
| Location | | | Secured | Out Amt. | Out Description |
| Urinary Bladder | | | Leg strap | less than 30 ml | Clear yellow |
| Comments: Cath to drainage | | | | | |

### Dressings

| Action: Apply | | sponge | Location: Operative site |
| Secured: Tegaderm | By Whom: | | Circulation Checked: Yes |
| Comments: | | | |

### Personnel

| Time In | Time Out | | | | Service |
|---|---|---|---|---|---|
| 06:54 | 10:03 | Surgeon | | Delamarter, Rick B | Service: Orthopedics |
| 07:09 | 10:03 | Surgeon | | Brau, Salvador A | Service: General Surgery |

SURGICAL INFORMATION SYSTEMS

Page 1 of 9

*[CONFIDENTIAL watermark across document]*

# CEDARS-SINAI HEALTH SYSTEM

**Main OR**
**Nursing Intraop Record**

| Patient Name: | | |
|---|---|---|
| MRN: | | Acct#: |
| Age: | | Sex: |
| OR #: | 86 | DOB: |
| Proc. Date: | 02/26/2013 | Case #: 422079 |
| Case Canceled: | | Cancel Reasons: |
| | | OR Num 2: |

| | | | |
|---|---|---|---|
| 05:00 | 10:03 | Circulator | Hill, Maris |
| 05:00 | 08:45 | Scrub | Khamdov, ...a |
| 05:34 | 10:03 | Evoke Potential Tech | Wang, ... |
| 05:35 | 10:03 | Anesthesiologist | Iber... ...en D |
| 07:01 | 10:03 | Assistant Surgeon | P... ...andre |
| 08:45 | 09:10 | Scrub | ...vin |
| 09:00 | 09:20 | Circulator | Ross-Icay, Bernadette |
| 09:07 | 10:03 | Scrub | ...ndunnikona, Anna |

### Additional Patient Info

| Allergy Band: | Transport: | Gurney |
|---|---|---|
| Fall Precautions: | Transfer ...: | Self w/assistance |
| H and P Stamp: | Roo... | Preop |

### Additional Pediatric Info

| Nick Name: | ...dian: |
|---|---|
| Patient Speaks: , Speaks: | Guardian Contact Info: |
| Reason for Visit: | ...son Responsible for Medical Dec' |
| Accompanied By: | Who Cares for Child at Home: |
| Pediatric General Risk Factor | Visitation Restrictions: |

## Nursing Assessment

**Allergies/Reactions**
Drug - Codeine: Hallucinations
Drug - Soma: Nausea
Drug - Sulfa: Hallucinations

**Patient Information**
Patient Statement: By:

Procedure Desc:

...est

DRUG CODEINE Severe Other;
GROUP SULFA(SULFONAMIDE
ANTIBIOTICS) Severe Other;
FOOD CINNAMON Mild
Unspecified; Mild; Mild;
Mild; Mild; Mild; Mild;
Mild; Mild; Mild; Mild;
Mild; Mild; Mild; Mild;
Mild; Mild; Mild;

Latex Allergy:
Weight:         kg
Height:         cm
Symptoms Necessitating Surgery/Procedure:
Patient's Goal For This Hospitalization:
Adult "Airway" Risk Screen:

Infection Control:
Isolation Category:
Adult Escort:
Marital Status:  Single
Patient Rights:
Smoking Cess.:

**SURGICAL INFORMATION SYSTEMS**

*CONFIDENTIAL*

Page 2 of 8

**CEDARS-SINAI HEALTH SYSTEM**

**Main OR**
**Nursing Intraop Record**

| | |
|---|---|
| Patient Name: | |
| MRN: | Acct #: |
| Age: | Sex: |
| OR #: 86 | DOB: |
| Proc. Date: 02/26/201? | Case #: 422079 |
| Case Canceled: | Cancel Reason: |
| | OR Num 2: |

| | | |
|---|---|---|
| Impairments: | | Avail: |
| Language: English | | Unlabored: |
| Reads English: | Writes English: | Airw Status: |
| Needs Interpreter: No | | Prophylaxis: Sequential device @ 45mmHg; Sleeves on; On and on to induction |
| Religion: Christian | | Diet: |
| Desires Clergy: | | Abdominal Girth: |
| Head Circumference: cm | | |
| Disposition of Belongings: | | |
| NPO Time: | | Voided Tbs |

**Pain Assessment**

2/28/13  7:00 am - Comfort Score
4
2/28/13  7:00 am - Duration/Pattern
  Intermittent; Positional mainly v  ...d moving
2/28/13  7:00 am - Intervention
  Medication (reassessment  ...osition
2/28/13  7:00 am - Location
  Specify location: lower b... ...d down to the left leg with ? ...numbness and tingling to th... ...d left foot
2/28/13  7:00 am - Pain Scale Used
  0-10 Verbal response
2/28/13  7:00 am - Pain Score
  10
2/28/13  7:00 am - Quality
  Aching; Burning; Radiating
2/28/13  7:00 am - Sedation Level
  1=Awake and alert

**Patient Assessment/Assessor**

2/28/13  6:10 am - Pre-Surgical OR ...ent assessment
  Awake / alert ; Oriented x3; ...or function - WNL; Sensory fu... ...d.; Respiratory Airway - Natural; with room air; Integumentary / Skin - warm/dry/intact; Braden Scale Score = ?

2/28/13  9:59 am - Post-Surgical OR Nurse patient assessment
  Drowsy; Responsive to voice; Motor function - moves ...mities; Respiratory Airway - Natural; with face mask; and O2 @ 6 L / min; Integumentary / Skin - warm/dry/intact;

SURGICAL INFORMATION SYSTEMS

Page 3 of 8

*CONFIDENTIAL*

## CEDARS-SINAI HEALTH SYSTEM

**Main OR**
**Nursing Intraop Record**

| | | | |
|---|---|---|---|
| Patient Name: | | | |
| MRN: | | Acct #: | |
| Age: | | Sex: | |
| OR #: | 86 | DOB: | |
| Proc. Date: | 02/26/2013 | Case #: | 42207 |
| Case Cancelled: | | Cancel Reasons: | |
| | | OR Num 2: | |

### Vascular Access/IV Site

2/26/13  8:11 am – Monitoring Lines
Arterial line; Right; Radial artery; Wave form identifiable; Connect to ▪ solution; Flushed per pro▪
Comments: Dressing: Opsite/Tegaderm, dry/intact
No redness

2/26/13  8:11 am – Peripheral IV Location/Site
Angiocath 18 ga; Right; Antecubital

### Medications

| Time | Name | Amt | Delivery | By | Comments |
|---|---|---|---|---|---|
| 08:12 | Triple Antibiotic Soln 500 mL | ▪0 ml | Irrigation | ▪on▪ | Dispensed▪ |
| 09:57 | Thrombin 5,000 units | 20000 units | topica▪ | Surgeon▪ | Disp▪ ▪ |

### Verification

Chart review in CS-Link – Pre-proced▪
Verified
Pre-surgical OR Nurse patient b▪
Metal prosthesis / imp▪    Chart reviewed; Patient int▪    ▪leted

**CONFIDENTIAL**
**CONFIDENTIAL**
**CONFIDENTIAL**

SURGICAL INFORMATION SYSTEMS

# CEDARS-SINAI HEALTH SYSTEM

**Main OR**
**Nursing Intraop Record**

| | | | |
|---|---|---|---|
| Patient Name: | | Sex: | |
| MRN: | | | |
| Age: | | | |
| OR #: | 86 | DOB: | |
| Proc. Date: | 02/26/2013 | Case #: | 422079 |
| Case Cancelled: | | Cancel Reasons: | |
| | | OR Num 2: | |

## Time Out

**Time Out**
   Initiated at __0823
**Correct Patient**
   Patient's name, DOB, MRN verified
**Correct Procedure**
   Procedure verified
**Correct Position**
   Position verified
**Correct Side/Site**
   Yes
**Is everyone in agreement to proceed?**
   Yes
**Side/Site Marked By**
   Site marked by surgeon
**Special Equipment/Instruments**
   Yes
**Implant**
   Available and verified
**Allergies**
   Verified
   Comments: Sulfa, iodine and soma
**Time Out Antibiotics (specify name, dose and time)**
   Ancef_2 gm given IV at 0800
**Repeat Dose Antibiotic given**
   No
**Anesthesia Block correct side/site**
   Not Indicated

## Position and Prep

**Hair removed by:**
   N/A
**Prep Solutions Used**
   prepped by circulator ChloraPrep
   Comments: Positioned supine, arms on armboards, padded OR table. Positioned by surgeon, anes and Dr. Rasouli. foam. Patient positioned with flank area over break on . Safety strap applied to upper thighs. Final position verified

## Cautery

| Name: | Equip Bipolar Codman (CB 43230) | Serial #: | SYN4702 | Reference #: |
|---|---|---|---|---|
| Model: | Setting: 60 | Unit: | | |
| Skin Assessment | | | | |
| Pre-Application: | | | | |

SURGICAL INFORMATION SYSTEMS

Page 5 of 8

## CEDARS-SINAI HEALTH SYSTEM

**Main OR**
**Nursing Intraop Record**

Patient Name:
MRN:
Age:                         Sex:
OR #:          86            DOB:
Proc. Date:    02/26/2013    Case #:    422077
Case Canceled:               Cancel Reasons:
                             OR Num 2:

### Post-Remarks

Name: Equip RSU Valleylab Force FX-C (CE 30982)    Serial #:           Refer:
Monopolar:   Coag1   60                            Cut:
Grounding Pad Information
    Pad:       Adult disposable
    Pad Site:  Left, Thigh, anterior              cir.   Circulator
Skin Assessment
    Pre-Application:   Preop pad site c/
    Post-Removal:      Post op - pad

### Warming / Cooling Therapy

Blanket (linen)
    Warm
Thermal Air Gaymar Thermacare    Warming blanket placed on
    Upper body Bair Hugger       , CB# 52280

### Counts

| Initial count | | | |
|---|---|---|---|
| Khamdaranikone, Anna; Hill, Marie | ...nita, Alvin | | Khamdaranikone, Anna; Hill, Marie |
| Instruments - Correct | First c... | | Aruments - Correct |
| Other - NA | In  - Correct | | Other - Correct |
| Sharps - Correct | . - Correct | | Sharps - Correct |
| Sponges - Correct | ...ages - Correct | | Sponges - Correct |
| | Comments: First wound closed b/ second incision | | Comments: First wound closed before second incision |

### Specimens

|   | 08:55 | Tis.. | |
|---|---|---|---|
| Type | | Comment | |
| Pathology | | A. d/ | |

### Standard of Care

Adult Surgical Procedure
    All patient outcomes met
Orthopedic Surgery
    All patient outcomes met
Vascular Surgery
    All patient outcomes met

**CONFIDENTIAL** **CONFIDENTIAL**

SURGICAL
INFORMATION
SYSTEMS                                Page 6 of 9

## CEDARS-SINAI HEALTH SYSTEM

**Main OR**
**Nursing Intraop Record**

| Patient Name: | | | |
|---|---|---|---|
| MRN: | | Acct #: | |
| Age: | | Sex: | |
| OR #: | 86 | DOB: | |
| Proc. Date: | 02/26/2013 | Case #: | 422079 |
| Case Canceled: | | Cancel Reason: | |
| | | OR Num 2: | |

### Immediate Post-Op Summary

| Postop Comments: | Procedure verified with surgeon ; SCD off ... ion, prior to transfer ; Spo... ..ted with surgeon; Procedure description on ... . Info° tab verified. |
|---|---|
| Wound Class: | I - Clean |
| Anesthesia Charge: | Cath... ..as + A line |
| Laminar Flow: | N |
| Transfer from OR Table: | ..tValider |
| Transport from OR: | |
| Transfer To: | ACU |
| Report Given To: | PACU Nurse |

CONFIDENTIAL:
CONFIDENTIAL:
CONFIDENTIAL:

SURGICAL
INFORMATION
SYSTEMS

Page 7 of 9

# CEDARS-SINAI HEALTH SYSTEM

**Main OR**
**Nursing Intraop Record**

| | | |
|---|---|---|
| Patient Name: | | ct R |
| MRN: | | |
| Age: | | |
| OR #: | 86 | DOB: |
| Proc. Date: | 02/26/2013 | Case #: 422079 |
| Case Canceled: | | Cancel Reason: |
| | | OR Num 2: |

## Implants/Explants
### Implant Information

**Implant #: 1**

| Material Name | Manufacturer | | Serial # | Lot # |
|---|---|---|---|---|
| Infuse BMP II X-Large 8.0cc (7510800) Medtronic | MEDTRONIC SOFAM/ DANEK | | n/ | M11111A A5/26 |
| Quantity | Implant Size | Expiration Date | By | ated |
| 1 | large | 05/01/2015 | | |
| Comments: | Rec By: M. Hill RN, Date: 02/26/13, Sterile Water Exp 01/30/2016 & L/ | Soaked by A. Khondaran/ Implanted at: 0900, MH | Time: 0826, | |

**Implant #: 2**

| Material Name | Manufacturer | Model # | Serial # |
|---|---|---|---|
| Human Tissue Bone Graft Putty DBX DBM w/ Carrier 10cc (038100) MTF | skeletal Transplant | | 064120347711/ J6 |
| Quantity | | By | Body Site Imp/ Op Site |
| 1 | | A/Soaked/Rinsed, Solution |  |
| Comments: | Rec By: / Date: 02/26/13, Time: 0818 Implan . mh | | |

**Implant #: 3**

| Material Name | Manufacturer | Model # | date | Lot # |
|---|---|---|---|---|
| Floscel Hemo 5ml (1503350) Baxter | BAXTER | | n/a | ha120933 |
| Quantity | Implant Size | Expiration Date | Body Site Implanted |
| 1 | 5ml | 03/30/2014 | Op Site |
| Comments: | mh | | |

**Implant #: 4**

| Material Name | Manufacturer | | Serial # | Lot # |
|---|---|---|---|---|
| Spacer Synfix Stand-Alone 26x32x13.5mm 12Deg-Ster (08.802.004S) Synthes | SYNTHES STRATEC SYNTHES SPINE | | | 2776426 |
| Quantity | Implant Size | Expiration Date | Body Site Implanted |
| 1 | | 09/30/2021 | Op Site (L5-S1) |
| Comments: | | | |

**Implant #: 5**

| Material Name | Manufacturer | Model # | Serial # | Lot # |
|---|---|---|---|---|
| Screw Synfix Stand-Alone Locking Fine Tip Ti 4.0x25mm (04.802.212) Synthes | SYNTHES STRATEC SYNTHES SPINE | | n/ | n/a |
| Quantity | Implant Size | Expiration Date | Body Site Implanted |
| 4 | | | Op Site |

*CONFIDENTIAL* (watermark)

SURGICAL INFORMATION SYSTEMS

Page 6 of 9

**CEDARS-SINAI HEALTH SYSTEM**

Main OR
Nursing Intraop Record

Patient Name:
MRN:                                    Acct #:
Age:                                    Sex:
OR #:            86                     DOB:
Proc. Date:      02/26/20              Case #:   422079
Case Canceled:                          Cancel Reasons:
                                        OR Num 2:

Comments:  mh

Nurses Comments

Signature:  Hill, Marie                 2/26/13  10:03 am

CONFIDENTIAL:
CONFIDENTIAL:
CONFIDENTIAL:

SURGICAL
INFORMATION
SYSTEMS

Page 9 of 9