# Exhibit 13



**CEDARS-SINAI MEDICAL CENTER.**

MRN:
DOB:                     Sex:
Adm:2/26/2013, D/C:2/27/2013

## Progress Note - Doctor (continued)

**Current Medications:** Pepcid

**Physical Exam**
Airway: Mallampati Score - II (soft palate, uvula, fauces visible)
Dental: intact
Heart: regular rate and rhythm
Lungs: Lungs clear to auscultation. No signs of distress.
Neuro: awake and alert; oriented to person, place, and time

**Pertinent Lab/Diagnostic Tests**
None in Chart.

**ASA:** I

**Anesthetic Plan:** General Anesthetic, With Invasive monitoring.

**Post Anesthetic Plan:** PACU

**Informed Consent:** The risks, benefits, and anesthetic options have been explained and the patient/family accept the plan

Taizoon Yusufali 2/26/2013 9:43 AM

**Progress Note - Doctor signed by Delamarter, Rick B, MD at 02/26/13 0940**

| Author: | Delamarter, Rick B, MD | Service: | (none) | Author Type: | Physician |
|---|---|---|---|---|---|
| Filed: | 02/26/13 0940 | Note Time: | 02/26/13 0939 | | |

### Pre-Procedure Note and Attestation

**Complete Prior to Procedure:**
**Planned Procedure:** C5-7 ADR

**Indications for the Procedure:**
**Pre-Procedure/Pre-Operative Diagnosis:** Cervical DDD

**Attestation:**
I attest that I discussed the nature of the procedure; its benefits; risks and complications; and alternatives (and the risks and benefits of such alternatives), prior to the procedure to the patient, with the patient (or the patient's legal representative).

I attest that, if there was a reasonable possibility of needing a blood transfusion, the patient (or the patient's

This report was printed by the Health Information Dept, please call (310) 423-3313 with any questions.



**CEDARS-SINAI MEDICAL CENTER**

MRN:
DOB:          Sex:
Adm:2/26/2013, D/C:2/27/2013

## Progress Note - Doctor (continued)

legal representative) was given the California Department of Health Services standardized written summary, pursuant to the Paul Gann Blood Safety Act (California Health and Safety Code #1645, as amended).

I attest that I re-evaluated the patient immediately prior to surgery and that there was no change in the patient's H&P, except as documented below:
N/A

Signed: Rick B Delamarter 2/26/2013 9:39 AM

## Progress Note - Nursing

### Progress Note - Nursing signed by Obi, Uzoma, RN at 02/27/13 0731

| Author: | Obi, Uzoma, RN | Service: | (none) | Author Type: | Registered Nurse |
|---|---|---|---|---|---|
| Filed: | 02/27/13 0731 | Note Time: | 02/27/13 0416 | | |

Receive pt in bed s/p cervical total disc replacement, c/o pain to right hand, medicated with dilaudid 0.5 mg iv as ordered with relief noted, pt states " I don't want you to call the Dr. I will talk to them myslef in the morning, I don't think pain is from my neck, it maybe the from the electrodes that was placed on my hands". Plan of care initiated, on cardiac monitor with ST, no distress or sob noted, no new neuro deficit noted, skin check done with Nicole Cutidioc RN, plan of care continued, call light within reach.

### Progress Note - Nursing signed by Wilken, Caroline, RN at 02/26/13 1840

| Author: | Wilken, Caroline, RN | Service: | (none) | Author Type: | Registered Nurse |
|---|---|---|---|---|---|
| Filed: | 02/26/13 1840 | Note Time: | 02/26/13 1839 | | |

Foley discontinued at 1836. Aline discontinued at 1805 with pressure held for 5 minutes prior to pressure dressing. Site remains intact

### Progress Note - Nursing signed by Wilken, Caroline, RN at 02/26/13 1839

| Author: | Wilken, Caroline, RN | Service: | (none) | Author Type: | Registered Nurse |
|---|---|---|---|---|---|
| Filed: | 02/26/13 1839 | Note Time: | 02/26/13 1755 | | |

Dr. Durra and Dr. DeCastro at bedside. Dr. Durra gave 30mg Esmolol IV to pt and HR to 110s from 130s-140s ST

### Progress Note - Nursing signed by Wilken, Caroline, RN at 02/26/13 1731

| Author: | Wilken, Caroline, RN | Service: | (none) | Author Type: | Registered Nurse |
|---|---|---|---|---|---|
| Filed: | 02/26/13 1731 | Note Time: | 02/26/13 1648 | | |

PA Phillips aware of HR and pending treatment plan. Will change bed to telemetry

### Progress Note - Nursing signed by Wilken, Caroline, RN at 02/26/13 1729

| Author: | Wilken, Caroline, RN | Service: | (none) | Author | Registered Nurse |
|---|---|---|---|---|---|

This report was printed by the Health Information Dept, please call (310) 423-3313 with any questions.