**Exhibit 14**

## CEDARS-SINAI HEALTH SYSTEM

**Main OR**
**Nursing Intraop Record**

| | |
|---|---|
| Patient Name: | |
| MRN: | |
| Age: | Sex: |
| OR #: 82 | DOB: |
| Proc. Date: 02/26/2013 | Case #: 41318 |
| Case Canceled: | Cancel Reasons: |
| | OR Num 2: |

### Intraop Times

| Pt. in Room: | Procedure Start: | Procedure End: | | Schedule Case: |
|---|---|---|---|---|
| 07:22 | 07:28 | 09:16 | | 7:30 am |

### Additional Time Notations

| Start Time | Stop Time | Description |
|---|---|---|
| 07:54 | | Incision Time |

### Procedure Information

Procedure(s):
Procedure: Lumbar Fusion Anterior and Posterior ... Rick B     Primary
Procedure: Vascular Exposure and Closure     ...alvador A
Preop Diagnosis:
DEGENERATIVE DISC DISEASE LUP
HERNIATED DISC LUMBAR
Postop Diagnosis:
SAME AS PREOP

| Anesthesiologist: | Y... Teizoon | Case Type: | Elective |
| Attending MD: | | Anesthesia Type: | General |
| Admission Type: | AM ...ent Admit | ASA: | II |

### I & O

| Time | Module | Description | | Intake | Output | Balance |
|---|---|---|---|---|---|---|
| 09:22 | Nursing Intraop | IV | | .00 ml | | 1200.00 |
| 09:23 | Nursing Intraop | | | | 200 ml | 1000.00 |
| 09:23 | Nursing Intraop | | | | 25 ml | 975.00 |
| | | | | | Grand Total: | 975.00 |

### Catheters

| 07:29 | Action: | | Foley | | |
| Location | By | | Secured | Out Amt. | Out Description |
| Urinary Bladder | Circ. | | Leg strap | less than 30 ml | Clear yellow |
| Comments: Cath to drainage | | | | | |

### Dressings

| Action: Apply | | x6 | ...strip/sponge | Location | Operative site |
| Secured: Tegaderm | By Whom: Surg. | | | | |
| Comments: Dry and intact | | | | | |

### Personnel

| Time In | Time Out | | | | |
|---|---|---|---|---|---|
| 07:26 | 09:41 | Surgeon | Delamarter, Rick B | Service: | Orthopedics |
| 07:38 | 09:41 | Surgeon | Brau, Salvador A | Service: | General Surgery |

SURGICAL INFORMATION SYSTEMS

Page 1 of 8

## CEDARS-SINAI HEALTH SYSTEM

**Main OR**
**Nursing Intraop Record**

Patient Name:
MRN:                                                     ot d:
Age:                                                     Sex:
OR #:                      82                            DOB:
Proc. Date:                02/26/201?                    Case #:    4[3183
Case Canceled:                                           Cancel Reasons:
                                                         OR Num #:

| | | | |
|---|---|---|---|
| 06:44 | 09:41 | Circulator | Agourila, C |
| 06:44 | 09:41 | Anesthesiologist | Yusufhil |
| 06:44 | 09:41 | Scrub | Zaki, |
| 06:45 | 09:41 | Evoke Potential Tech | Ja...rly L |
| 06:45 | 09:41 | Evoke Potential Tech | ...orreine |
| 06:59 | 09:41 | Physician Assistant | , Cheri L |
| 07:23 | 07:33 | Anesthesia Tech | ..pi, Michael V |
| 07:44 | 09:41 | Cell Saver Operator | .w, Heidi X |
| 08:30 | 08:55 | Assistant Surgeon | Rasouli, Alexandre |
| 08:43 | 09:02 | Circulator | Tirona, Hazel C |

**Visitor**

| Time In | Time Out | Visitor | | Purp... | ..ments |
|---|---|---|---|---|---|
| 07:30 | 09:41 | Dr | | V | ..ort synthes; |
| 07:59 | 09:41 | | ..dains | | ..d Assistance, rad tech; |

**Additional Patient Info**

| | | | | | |
|---|---|---|---|---|---|
| Allergy Band: | Yes | ..d on patient | | .ransport to OR: | Gurne... |
| Fall Precautions: | N/ | | | Transfer to OR Table: | Self    ..e |
| H and P Stamp: | | | | Received From: | P |

**Additional Pediatric Info**

| | | | |
|---|---|---|---|
| Nick Name: | | Legal Guardian: | |
| Patient Speaks: | Family Speak | Legal Guardian f | |
| Reason for Visit: | | Person Resp.. | ..odical Decisions: |
| Accompanied by: | | Who Car.. | .t Home: |
| Pediatric/General Risk Factors: | | Visitor | .ons: |

## Nursing Assessment

**Allergies/Reactions**

Drug - Codeine; No information..

**Patient Information**

| | | | |
|---|---|---|---|
| Patient Statement: | | Blood Type: | |
| Procedure Desc: | | PCX Allergies: | DRUG CODEINE Severe Other; |
| Latex Allergy: | | Infection Control: | |
| Weight: | kg | Isolation Category: | |
| Height: | cm | BMI = | Adult Escort: |
| Symptoms N..g..ating Surgery/Procedure: | | Marital Status: | Married |
| Patient's g..l for This Hospitalization: | | Patient Rights: | |
| Adult A..y Risk Screen: | | Smoking Cess.: | |
| Impairments: | | Recd Pneumovax: | Lot # |
| Language: | English | Date Administered: | |
| Reads English: | | ..rites English: | Code Blue Status: |

SURGICAL
INFORMATION
SYSTEMS

# CEDARS-SINAI HEALTH SYSTEM

**Main OR**
**Nursing Intraop Record**

| | |
|---|---|
| Patient Name: | |
| MRN: | Acct #: |
| Age: | Sex: |
| OR #: 82 | DOB: |
| Proc. Date: 02/26/20?? | Case #: 4131?? |
| Case Canceled: | Cancel Reasons: |
| | OR Num 2: |

| | | | |
|---|---|---|---|
| Needs Interpreter | No | ...axis: | Sequential com... ...ice @ 45mmHg; O... ...ng prior to Induction ...: Time on: 0723 |
| Religion: | No Religion | ..th | |
| Desires Clergy: | | Abdominal Girth: | |
| Head Circumference: | cm | | |
| Disposition of Belongings: | | | |
| NPO Time: | | Voided Time: | |

## Pain Assessment

2/26/13  6:35 am - Quality
  low back- sharp and dull
  left buttock- burning
  left hip burning
  left foot tingling
  left calf "floppy"
2/26/13  6:34 am - Location
  Specify location: low back, left hip, left leg and foot
2/26/13  6:34 am - Pain Scale
  0-10 Verbal response
2/26/13  6:34 am - Pain Score
  4

## Patient Assessment/Assessment Update

2/26/13  6:23 am - Pre-Surgical OR Nurse patient asses??
  Awake/alert ; Oriented x 3; Responsive ?... ...ponsive to voice; Motor functi?... ...all extremities; Respiratory Airways Natural; with room air; Integu?... ...kin - warm/dry/intact; Braden ?... ... = see preop notes

- Post-Surgical OR Nurse patient asses??
  Drowsy; Responsive to pain; ?... ...to voice; Motor function - m?... ...mities; Sensory function - unable to assess; Respiratory Airway ... ...ith face mask; and O2 @ 6 L ?... ...umentary / Skin - warm/dry/intact

## Vascular Access/IV Site

2/26/13  8:27 am - Monitoring Lines
  Left: Radial artery / Arterial line
2/26/13  8:23 am - Peripheral IV Assessment
  IV assessment unchanged
  Comment?... Dressing: Opsite/Tegaderm, dry/intact
             No redness

## Medications

| Time | Name | Amount | Delivery | Delivered By | Comments |
|---|---|---|---|---|---|
| | | | | | |

CONFIDENTIAL.

SURGICAL INFORMATION SYSTEMS

## CEDARS-SINAI HEALTH SYSTEM

**Main OR**
**Nursing Intraop Record**

Patient Name:
MRN:                          .at 0:
Age:                          Sex:
OR #:           82            DOB:
Proc. Date:     02/26/201'    Case #:  413183
Case Cancelled:               Cancel Reasons:
                              OR Num 2:

| 08:34 | Triple Antibiotic Soln 500 mL | 1000 ml | IV | Surgeon, |

### Verification

Chart review in CS-Link - Pre-procedure checklist
  Verified
Pre-surgical OR Nurse patient interview
  Metal prosthesis / Implants - Yes; Implant description r   .right leg and cervical; Chart   Patient interview
  completed

### Time Out

Time Out
  Initiated at _753_____
Correct Patient
  Patient's name, DOB, MRN verified
Correct Procedure
  Procedure verified
Correct Position
  Position verified
Correct Side/Site
  Yes
Is everyone in agreement for p[...] .ed?
  Yes
Side/Site Marked By
  surgeon in preop
Special Equipment/Instruments
  Yes
Implant
  Available and verified by surgeon
Allergies
  Verified
Time Out Antibiotics (specify name ...time)
  Ancef __1__ gm given IV at  ._L____
Repeat Dose Antibiotic given
  No
Anesthesia block correct side/site
  Not Indicated

### Position and Prep

Hair removed by
  Surgical Clippers
Prep Solutions Used
  chloraprep prepped by circulator
Comments:  Positioned supine, arms on armboards, padded with 1/4 foam, pillow under knees. Patient positioned with flank

SURGICAL INFORMATION SYSTEMS

Page 4 of 8

*CONFIDENTIAL* watermark overlaid

# CEDARS-SINAI HEALTH SYSTEM

**Main OR**
**Nursing Intraop Record**

| | | | |
|---|---|---|---|
| Patient Name: | | ect #: | |
| MRN: | | | |
| Age: | | Sex: | |
| OR #: | 82 | DOB: | |
| Proc. Date: | 02/26/2013 | Case #: | 413183 |
| Case Cancel sch: | | Cancel Reasons: | |
| | | OR Num 2: | |

area over break on OR table. Positioned by surgeon, anes and anesthesia. ...nal position confirmed by

## Cautery

Name: Equip Bipolar Codman (CB 44029)   Serial #: 4773   R/
Bipolar   Setting:   60   Cut:
Skin Assessment
   Pre-Application:
   Post-Removal:

Name: Equip ESU Valleylab Force FX-C (CB 30984)   Serial #: F4L35538A   Reference #:
Monopolar   Coag:   60   Cut:   60   Blend:   pure
Grounding Pad Information
   Pad:   Adult d/   Pad Lot #:
   Pad Site:   Left,   ...olateral   Applied By:
Skin Assessment
   Pre-Applicat'   ..p pad site clear
   Post-Rem..   ..ost op - pad site clear

## Warming / Cooling Therapy

Blanket (linen)
Warm

Thermal.. Gaymar Thermacare Forced Air Wa..   ..t placed on patient
Upper body Bair Hugger; High; CB# (   ..wer body Bair Hugger; High; CB#..87

## Counts

| Initial count | Zaki, Iman;Agon.. Catherine J | Final count | Zaki, Iman;Droba, Hazel C | Final count | Zaki, Iman;Agorrilla, Catherine J |
|---|---|---|---|---|---|
| Instruments - Correct | | Instruments - Correct | | Instruments - NA | |
| Other - Correct | | Other - Correct | | Other - Correct | |
| Sharps - Correct | | Sharps - Correct | | Sharps - Correct | |
| Sponges - Correct | | Sponges - Correct | | Sponges - Correct | |

## Specimens

1   Tissue
Type:   Comments:
Pathology   A. left L4-5 disc

SURGICAL INFORMATION SYSTEMS

Page 6 of 8

CONFIDENTIAL: EL-TOUBGY V. DELAMARTER, ET AL., LASC NO. BC537381

## CEDARS-SINAI HEALTH SYSTEM

**Main OR**
**Nursing Intraop Record**

| | | | |
|---|---|---|---|
| Patient Name: | | | |
| MRN: | | Acct #: | |
| Age: | | Sex: | |
| OR #: | 82 | DOB: | |
| Proc. Date: | 02/26/201_ | Case #: | 413183 |
| Case Cancelled: | | Cancel Reasons: | |
| | | OR Num 2: | |

### Standard of Care

**Adult Surgical Procedure**
  All patient outcomes met
**Orthopedic Surgery**
  All patient outcomes met
**Vascular Surgery**
  All patient outcomes met

### Immediate Post-Op Summary

| | | |
|---|---|---|
| Postop Comments: | Specimens verified w/ with surgeon; Prov_ verified. | _; SCD off post-extubation, r_ _iption on the "Patient Info"_ _ _fir ; Procedure verified |
| Wound Class: | I - Clean | |
| Anesthesia Charge: | | Category III- Basic, A_ _swan Ganz |
| Laminar Flow: | No | |
| Transfer from OR Table: | Drawsheet/slide_ | |
| Transport from OR: | Bed | |
| Transfer To: | PACU | |
| Report Given To: | PAC_ | |

CONFIDENTIAL:
CONFIDENTIAL:
CONFIDENTIAL:

SURGICAL
INFORMATION
SYSTEMS

Page 8 of 8

# CEDARS-SINAI HEALTH SYSTEM

**Main OR**
**Nursing Intraop Record**

| | | | |
|---|---|---|---|
| Patient Name: | | Acct #: | |
| MRN: | | Sex: | |
| Age: | | DOB: | |
| OR #: | 62 | Case #: | 413183 |
| Proc. Date: | 02/26/25 | Cancel Reason: | |
| Case Canceled: | | OR Num 2: | |

## Implants/Explants
### Implant Information

**Implant #: 1**

| Material Name | Manufacturer | Model # | Ser # | Lot # |
|---|---|---|---|---|
| Infuse BMP II X-Large 8.0cc (7510800) Medtronic | MEDTRONIC SOFAMOR DANEK | | | m11111ina5/27 |

| Quantity | Implant Size | Expiration Date | | Body Site Implanted |
|---|---|---|---|---|
| 1 | | 05/01/2015 | | |

Comments: Rec By:agorrilla,m, Date:2/26/13, , Not Thawed/Soaked/Rinsed, Used: N/A, Implanted at:0845

**Implant #: 2**

| Material Name | Manufacturer | Model # | Serial # |
|---|---|---|---|
| Human Tissue Bone Graft Putty DBX DBM w/ Carrier 10cc (038100) MTF | Skeletal Transplant | | 06412034771103728 |

| Quantity | Implant Size | Expiration Date | | Body Site Implanted |
|---|---|---|---|---|
| 1 | | | | op site |

Comments: Rec By: , Date:2/26/13, Time:800, Not Soaked/Rinsed, Solutions Used: , Implant

**Implant #: 3**

| Material Name | Manufacturer | Model # | Ser # | Lot # |
|---|---|---|---|---|
| Floseal Hemostat 5ml (1501825) Baxter | BAXTER | | | ha120923 |

| Quantity | Implant Size | Expiration Date | Body Site Implanted |
|---|---|---|---|
| 1 | | 03/31/2014 | op site |

Comments: ja

**Implant #: 4**

| Material Name | Manufacturer | | Serial # | Lot # |
|---|---|---|---|---|
| Spacer Synfix Stand-Alone 30x38x15mm 6Deg-Ster (08.802.009S) Synthes | SYNTHES STRATEC SYNTHES SPINE | | | 8161092 |

| Quantity | Implant Size | Expiration Date | Body Site Implanted |
|---|---|---|---|
| 1 | | 12/31/2022 | op site |

Comments: ja

**Implant #: 5**

| Material Name | Manufacturer | Model # | Serial # | Lot # |
|---|---|---|---|---|
| Screw Synfix Stand-Alone Locking Fine Tip Ti 4.0x25mm (04.802.212) Synthes | SYNTHES STRATEC SYNTHES SPINE | | | n/a |

| Quantity | Implant Size | Expiration Date | Body Site Implanted |
|---|---|---|---|
| 4 | | | op site |

CONFIDENTIAL

SURGICAL INFORMATION SYSTEMS

Page 7 of 8

## CEDARS-SINAI HEALTH SYSTEM

**Main OR**
**Nursing Intraop Record**

| | | | |
|---|---|---|---|
| Patient Name: | | Acct #: | |
| MRN: | | Sex: | |
| Age: | | DOB: | |
| OR #: | 52 | Case #: | 413187 |
| Proc. Date: | 02/26/20 | | |
| Case Canceled: | | Cancel Reason: | |
| | | OR Num 2: | |

Comments: ja

Nurses Comments

Signature: Agorrilla, Catharine J     2/26/13  9:41 am

CONFIDENTIAL:
CONFIDENTIAL:
CONFIDENTIAL:

SURGICAL
INFORMATION
SYSTEMS

Page 8 of 8