# Exhibit 15



## CEDARS-SINAI HEALTH SYSTEM.

**Main OR**
**Nursing Intraop Record**

| | |
|---|---|
| Patient Name: | |
| MRN: | Acct #: |
| Age: | Sex: |
| OR #: | 82 | DOB: |
| Proc. Date: | 02/26/2013 | Case #: | 422089 |
| Case Canceled: | | Cancel Reasons: |
| ) | | OR Num 2: |

### Intraop Times

| Pt. In Room: | Procedure Start: | Procedure End: | Departure: | Schedule Case Time: |
|---|---|---|---|---|
| 10:27 | 10:34 | 13:22 | 13:40 | 12:45 pm |

### Additional Time Notations

| Start Time | Stop Time | Description |
|---|---|---|
| 11:15 | | Incision Time |

### Procedure Information

| Procedure(s): | | Surgeon |
|---|---|---|
| Procedure: Cervical Total Disc Replacement; C5-7 | | Delamarter, Rick B | Primary |
| Preop Diagnosis: | | | |
| DEGENERATIVE DISC DISEASE CERVICAL | | | |
| Postop Diagnosis: | | | |
| SAME AS PREOP | | | |
| Anesthesiologist: Yusufali Taizoon | | Case Type: Elective | |
| Attending MD: | | Anesthesia Type: General endotracheal | |
| Admission Type: Outpatient Procedure | | ASA: I | |

### I & O

| Time | Module | Description | Intake | Output | Balance |
|---|---|---|---|---|---|
| 13:36 | Nursing Intraop | IV fluids | 1000 ml | | 1000.00 |
| 13:36 | Nursing Intraop | EBL | | 50 ml | 950.00 |
| 13:36 | Nursing Intraop | Foley | | 450 ml | 500.00 |
| | | | Grand Total: | | 500.00 |

### Catheters

| 10:35 | Action: Insert | Foley | | |
|---|---|---|---|---|
| Location | By Whom | Secured | Out Amt. | Out Description |
| Urinary Bladder | Circulator | Leg strap | less than 30 ml | Clear yellow |
| Comments: Cath to drainage | | | | |

### Dressings

| Action: Apply | | xeroform/Steri-strip/sponge | Location: Operative site |
|---|---|---|---|
| Secured: Tape, paper | By Whom: Surgeon | | |
| Comments: Dry and intact | | | |

### Personnel

| Time In | Time Out | | | |
|---|---|---|---|---|
| 09:55 | 13:48 | Surgeon | Delamarter, Rick B | Service: Orthopedics |
| 09:55 | 10:43 | Circulator | Agorrilla, Catherine J | |
| 09:55 | 13:48 | Scrub | Rogers, Christopher | |
| 09:55 | 13:48 | Anesthesiologist | Yusufali, Taizoon | |

SURGICAL
INFORMATION
SYSTEMS



## CEDARS-SINAI HEALTH SYSTEM®

**Main OR**

**Nursing Intraop Record**

| | | |
|---|---|---|
| Patient Name: | | |
| MRN: | | Acct #: |
| Age: | | Sex: |
| OR #: | 82 | DOB: |
| Proc. Date: | 02/26/2013 | Case #: 422089 |
| Case Canceled: | | Cancel Reasons: |
| | | OR Num 2: |

| | | | |
|---|---|---|---|
| 09:55 | 13:48 | Scrub | Zaki, Iman |
| 09:56 | 13:48 | Physician Assistant | Phillips, Cheri L |
| 09:56 | 13:48 | Evoke Potential Tech | Scheinost, Lorraine |
| 10:34 | 10:43 | Anesthesia Tech | Legaspi, Michael V |
| 10:43 | 11:39 | Circulator | Chhun, Carleen |
| 11:04 | 13:48 | Assistant Surgeon | Rasouli, Alexandre |
| 11:39 | 13:48 | Circulator | Agorrilla, Catherine J |
| 12:05 | 13:48 | Radiologic Technologist | Lin, Frank |

### Visitor

| Time In | Time Out | Visitor Name | Purpose and Comments |
|---|---|---|---|
| 10:50 | 13:48 | Dave Baird | Vendor Support (synthes; |

### Additional Patient Info

| | | | |
|---|---|---|---|
| Allergy Band: | N/A | Transport to OR: | Gurney |
| Fall Precautions: | N/A | Transfer to OR Table: | Self w/assistance |
| H and P Stamp: | | Received From: | Preop |

### Additional Pediatric Info

| | | |
|---|---|---|
| Nick Name: | | Legal Guardian: |
| Patient Speaks: | Family Speaks: | Legal Guardian Contact Info: |
| Reason for Visit: | | Person Responsible for Medical Decisions: |
| Accompanied By: | | Who Cares for Child at Home: |
| Pediatric General Risk Factors: | | Visitation Restrictions: |

### Nursing Assessment

**Allergies/Reactions**

Drug - NKDA

**Patient Information**

| | | |
|---|---|---|
| Patient Statement: | | Blood Type: |
| Procedure Desc: | | PCX Allergies: GROUP NO KNOWN ALLERGIES |
| Latex Allergy: | | Infection Control: |
| Weight: | kg | Isolation Category: |
| Height: | cm          BMI = | Adult Escort: |
| Symptoms Necessitating Surgery/Procedure: | | Marital Status: Significant Other |
| Patient's Goal For This Hospitalization: | | Patient Rights: |
| Adult "Airway" Risk Screen: | | Smoking Cess.: |
| Impairments: | | Recd Pneumovax: Lot # |
| Language: | English | Date Administered: |
| Reads English: | Writes English: | Code Blue Status: |
| Needs Interpreter: | No | DVT Prophylaxis: Sequential compression device @ 45mmHg ; On and cycling prior to induction ; Sleeves on ; Time on; 1028 |



## CEDARS-SINAI HEALTH SYSTEM.

| Main OR | Patient Name: | | |
|---|---|---|---|
| Nursing Intraop Record | MRN: | | Acct #: |
| | Age: | | Sex: |
| | OR #: | 82 | DOB: |
| | Proc. Date: | 02/26/2013 | Case #: 422089 |
| | Case Canceled: | | Cancel Reasons: |
| | | | OR Num 2: |

### Cautery

| Name: Equip Bipolar Codman (CE 44029) | Serial #: SYN4773 | Reference #: |
|---|---|---|
| Bipolar    Setting:    60° | Cut: | |

Skin Assessment
    Pre-Application:
    Post-Removal:

| Name: Equip ESU Valleylab Force FX-C (CE 30984) | Serial #: F4L35538A | Reference #: |
|---|---|---|
| Monopolar    Coag:    60 | Cut:    60 | Blend:    pure |

Grounding Pad Information

    Pad:    Adult disposable     Pad Lot #:
    Pad Site:    Left, Thigh, anterolateral    Applied By:    Circulator

Skin Assessment
    Pre-Application:    Preop pad site clear
    Post-Removal:    Post op - pad site clear

### Warming / Cooling Therapy

Blanket (linen)

Warm

Thermal Air Gaymar Thermacare Forced Air Warming blanket placed on patient

Lower body Bair Hugger; High; CE# 52287]

Comments:    Lower Body Bair hugger

### Counts

| Initial count | Rogers, Christopher;Chhun, Carleen | First count | Zaki, Iman;Agorrilla, Catherine J | Final count | Zaki, Iman;Agorrilla, Catherine J |
|---|---|---|---|---|---|
| Instruments - Correct | | Instruments - Correct | | Instruments - NA | |
| Other - Correct | | Other - Correct | | Other - Correct | |
| Sharps - Correct | | Sharps - Correct | | Sharps - Correct | |
| Sponges - Correct | | Sponges - Correct | | Sponges - Correct | |

### Specimens

| 1 | Tissue | |
|---|---|---|
| Type | | Comments |
| Pathology | | a. C5-6-7 disc |


SURGICAL INFORMATION SYSTEMS



## CEDARS-SINAI HEALTH SYSTEM

**Main OR**

**Nursing Intraop Record**

| | |
|---|---|
| Patient Name: | |
| MRN: | Acct #: |
| Age: | Sex: |
| OR #: 82 | DOB: |
| Proc. Date: 02/26/2013 | Case #: 422089 |
| Case Canceled: | Cancel Reasons: |
| | OR Num 2: |

### Standard of Care

Adult Surgical Procedure
    All patient outcomes met
Orthopedic Surgery
    All patient outcomes met

### Immediate Post-Op Summary

| | |
|---|---|
| Postop Comments: | Specimens verified with surgeon ; SCD off post-extubation, prior to transfer ; Procedure verified with surgeon; Procedure description on the " Patient Info" tab verified. |
| Wound Class: I - Clean | |
| Anesthesia Charge: | Category II- Basic + A line |
| Laminar Flow: | No |
| Transfer from OR Table: | Drawsheet/slider |
| Transport from OR: | Bed |
| Transfer To: | PACU |
| Report Given To: | PACU Nurse |

 CEDARS-SINAI HEALTH SYSTEM.

**Main OR**
**Nursing Intraop Record**

| | |
|---|---|
| Patient Name: | |
| MRN: | Acct #: |
| Age: | Sex: |
| OR #: 82 | DOB: |
| Proc. Date: 02/26/2013 | Case #: 422089 |
| Case Canceled: | Cancel Reasons: |
| | OR Num 2: |

**Implants/Explants**

**Implant Information**

Implant #:    1

| Material Name | Manufacturer | Model # | Serial # | Lot # |
|---|---|---|---|---|
| Floseal Hemostat 5ml (1503350) Baxter | BAXTER BIOSCI | | | ba120923 |

| Quantity | Implant Size | Expiration Date | Body Site Implanted |
|---|---|---|---|
| 2 | | 03/31/2014 | Op Site |

Comments:    cc rn

Implant #:    2

| Material Name | Manufacturer | Model # | Serial # | Lot # |
|---|---|---|---|---|
| Prodisc Cervical Lge Deep 6mm (09.820.056S) Synthes | SYNTHES STRATEC SYNTHES SPINE | | | 7026833 |

| Quantity | Implant Size | Expiration Date | Body Site Implanted |
|---|---|---|---|
| 1 | | 08/31/2016 | op site |

Comments:    ja

Implant #:    3

| Material Name | Manufacturer | Model # | Serial # | Lot # |
|---|---|---|---|---|
| Prodisc Cervical Implant Large Deep 5mm Sterile (09.820.055S) Synthes | Synthes-Stratec:Synthes Spine | | | 6801938 |

| Quantity | Implant Size | Expiration Date | Body Site Implanted |
|---|---|---|---|
| 1 | | 09/30/2015 | op site |

Comments:    ja

**Nurses Comments**

Signature:    Agorrilla, Catherine J          Date:    2/26/13   1:48 pm

SURGICAL INFORMATION SYSTEMS