# Exhibit 33

**Kropf, Michael A, MD**
Physician
Surgery Orthopedics

Operative Report
Unsigned Transcription

Date of Service: 8/30/2019  1:20 PM

PATIENT:
MED REC:
CEDARS-SINAI MEDICAL CENTER    DICTATOR:  MICHAEL A. KROPF, M.D.

OPERATION REPORT

DATE OF OPERATION:  08/29/2019

PREOPERATIVE DIAGNOSIS:
1.   Status post anterior lumbar interbody fusion, L4- S1.
2.   Lateral recess spinal stenosis, L4-5 and L5-S1.

POSTOPERATIVE DIAGNOSIS:
1.   Status post anterior lumbar interbody fusion, L4-S1.
2.   Lateral recess spinal stenosis, L4-5 and L5-S1.

OPERATIONS PERFORMED:
1.   Posterior instrumentation, NuVasive, L4-S1.
2.   Posterolateral fusion with fresh frozen allograft bone,
Grafton putty, and BMP, L4-S1.  3.    Bilateral lumbar
laminotomy, L4-5, L5-S1 with decompression of bilateral L4, L5,
and S1 nerve roots.

SURGEON:  Michael A. Kropf, M.D.

CO-SURGEON:

ASSISTANTS:

ASSISTANT:  Blake Burkert.  Note, no qualified orthopedic
resident was available for procedure.

INDICATIONS:  Listed in first-stage.

OPERATIVE PROCEDURE:  After usual preop evaluation and consent,
patient was brought to the operating room and placed in the
supine position where general anesthesia with endotracheal
intubation was performed in the usual manner without
difficulty.  The patient was then turned prone and placed on

the Jackson table.  Because of previous shoulder surgery, the
patient's arms were placed at her side and well padded.
Alcohol prep was used to prep  the skin and an 18-gauge spinal
needle was inserted to help localize our levels for fusion.
Skin was marked in the midline.  ChloraPrep was used to prep
the skin.  After draping, midline incision was made from L3
down through S1.  Marcaine with epinephrine was injected.
Electrocautery was used to divide subcutaneous tissue.
Paraspinal muscles were then reflected laterally from the
midline.  Deep retractors were placed.  We then exposed the
L4, L5 and S1 segments.  Dissection was carried out over the
facet joints, exposing the L4 and L5 transverse process and the
sacral ala bilaterally.  Intraoperative x-ray was then taken
with an 18-gauge spinal needle placed in the transverse process
of L4.  After confirming our level with bilateral fluoroscopy,
we then marked our transverse process with a marking pen.  Deep
retractors were placed.  A rongeur was used to remove the
portion of  the facet joint at L4-5 and L5-S1.  Next under AP
fluoroscopy, we identified the pedicles.  Initial pilot hole
was made into the pedicle, followed by a gearshift probe.
Depth was ascertained with a ball-tip probe.  A 5.5 tap was
used to tap the pedicle of L4, L5 and S1.  15 mm length screws
were then placed at L4, L5 segments.  On the left side at L4,
we upsized this to 7.5 screws when we tried to redirect our
pedicle screw more distally into  the vertebral side.  At S1,
we identified the pedicle of S1 and performed our pilot hole
with an AM-8 bur.  This was followed by a pedicle probe.  While
observing on lateral fluoroscopy, we then tapped our pedicle
probe to the anterior aspect of the sacrum.  Pedicle probe was
used to measure the pedicle screw size.  7.5 x 45 mm screws
were placed bilaterally and locked into position.  We then
decorticated our posterior elements, including the  facet
joints, as well as transverse process of L4, L5 and sacral
ala.  Fresh frozen allograft bone, Grafton putty, and BMP was
posterolaterally impacted into position. Two 75 mm 5.5 rods
were then contoured and then applied to the pedicle screws.
Set screws were then locked into position while final
tightening was carried out.

At this point, final AP and lateral fluoroscopy showed good
position of all pedicle screws.

At this point, we moved to perform our lumbar laminotomies.
AM-8 bur was then used to trim down the inferior lamina of L4
and L5 with a portion of the medial facet joint at L4-5 and L5-
S1.  Straight and angled curettes were then used to free up
ligamentum flavum.  Kerrisons were then used to complete our
laminotomies at each of these levels under the use of a
microscope.  Lateral recess was decompressed.  L4, L5 and S1
nerve roots were  decompressed bilaterally.  Floseal was used

for hemostasis.  Bone wax was applied to the laminotomy site.
Thorough irrigation was carried out with triple antibiotic
solution.  A deep 8th inch drain was placed.  Fascia was closed
with #1 CTX suture.  Subcutaneous tissue was closed with 2-0
Vicryl suture.  Skin was closed with 3-0 Monocryl.  Steri-
Strips were applied.  Sterile dressings were placed.  The
patient was then turned from the prone to  the supine position,
awakened from anesthesia and transferred to the recovery room
in stable condition.

_____
Michael A. Kropf, M.D.

MAK/MEDQ/852388214  D:  08/29/2019  T:  08/30/2019  JOB#:
885602

cc:  Blake Burkert

Admission
(Current) on
8/27/2019