**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA AND THE STATE OF CALIFORNIA ex rel. Oak Bull, LLC, a New Mexico, LLC,

Plaintiffs,

v.

CEDARS-SINAI MEDICAL CENTER; HYUN BAE, M.D.; JASON M. CUELLAR, M.D.; RICK DELAMARTER, M.D.; MICHAEL KROPF, M.D.; TODD H. LANMAN, M.D.; ALEXANDRE RASOULI, M.D.,

Defendants.

Case No. 2:20-cv-08439-WLH-PVC

**ORDER RE JUDGMENT**

Because there are no pending issues before the Court, this matter is deemed closed. **IT IS HEREBY ADJUDGED** that Final Judgment is entered in favor of the Defendants. The Clerk of the Court is directed to close the case.

**IT IS SO ORDERED.**

Dated: August 11, 2026

HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE